AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**DONALD F. LeMASTERS,**

    **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**CASE NO.   2:17-cv-1128**

**OHIO ATTORNEY GENERAL, et al,**   **CHIEF JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Chelsey M. Vascura**

    **Defendants.**

_____ **Jury Verdict.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.**   A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the OPINION AND ORDER filed March 23, 2018, the Report and Recommendation is ADOPTED and AFFIRMED. Petitioner's request for a stay is DENIED.   This action is hereby DISMISSED.**

Date:   March 23, 2018                                                                RICHARD W. NAGEL, CLERK

                                                  */S/ Melissa Saddler*
                                                 (By) Melissa Saddler
                                                  Courtroom Deputy Clerk